**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

MARK ANTHONY BELL                                                              PLAINTIFF

v.                                    2:15CV00143-DPM-JJV

PHIL RANDOLS, Sheriff,
Augusta County Jail;  *et al.*                                               DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.   Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.        Why the record made before the Magistrate Judge is inadequate.

2.        Why the evidence to be proffered at the new hearing (if such a  hearing is granted) was not offered at  the hearing before the Magistrate Judge.

3.        The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing.  Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Mark Anthony Bell ("Plaintiff") began this action on September 11, 2015, by filing an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1) and a *pro se* Complaint (Doc. No. 2).  His Application was incomplete, however, and was denied.  On September 14, 2015, I directed him to submit either a completed Application or the statutory filing fee within thirty days.  (Doc. No. 3.)  I warned him that failure to do so would result in the dismissal of his action without prejudice.  (*Id*. at 2.)  In excess of thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order.[1]

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

So recommended this 26th day of October, 2015.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1]The Order and several other Court mailings were returned as undeliverable at Plaintiff's last provided address. (Doc. Nos. 4-6.)  It is Plaintiff's responsibility to ensure that the Court is notified of his most current address. To date, he has failed to do so.