IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARK ANTHONY BELL                                                    PLAINTIFF

v.                          2:15-cv-143-DPM-JJV

PHIL RANDOLS, Sheriff, Augusta County
Jail; JODY ANKINS, Jail Administration,
Augusta County Jail; and BRANDON BROWN,
Jail Officer, Augusta County Jail                                    DEFENDANTS

## ORDER

Bell has updated his mailing address. № 8. He didn't get the Court's 14 September 2015 Order because it was sent to his old address. № 6. The Court therefore declines without prejudice the pending recommendation, № 7. Bell must comply with the Court's Order, № 3, by 4 December 2015. If he fails to do so, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court returns the case to Magistrate Judge Volpe.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 November 2015