IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARK ANTHONY BELL                                                    PLAINTIFF

v.                             2:15CV00143-DPM-JJV

PHIL RANDOLS, Sheriff,
Augusta County Jail; *et al.*                                  DEFENDANTS

**ORDER**

Having reviewed Plaintiff's Complaint and Addendum (Doc. Nos. 2, 12) for screening purposes,[1] the Court concludes that he has stated an actionable claim against Defendants Phil Randols and Jody Akins.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for these Defendants, and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), Addendum (Doc. No. 12), and this Order on them without prepayment of fees and costs or security therefore. Service for Defendants should be at the Woodruff County Jail, 500 N.3rd Street, Augusta, AR 72006.

DATED this 13th day of November, 2015.

                                                  _____
                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).