## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARK ANTHONY BELL                                                PLAINTIFF

v.                              2:15-cv-143-DPM-JJV

PHIL RANDOLS, Sheriff, Augusta County
Jail; JODY ANKINS, Jail Administration,
Augusta County Jail; and BRANDON BROWN,
Jail Officer, Augusta County Jail                       DEFENDANTS

### ORDER

Unopposed partial recommendation, № 14, adopted.  FED. R. CIV. P.

72(b) (1983 addition to the advisory committee notes).  Bell's grievance claim

against Randols and all his claims against Brown are dismissed without

prejudice.  An *in forma pauperis* appeal from this Order will not be taken in

good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
30 November 2015