IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARK ANTHONY BELL                       PLAINTIFF

v.                  No. 2:15-cv-143-DPM

PHIL REYNOLDS, Sheriff, Augusta
County Jail; and JODY AKINS, Jail
Administration, Augusta County Jail*       DEFENDANTS

ORDER

Unopposed recommendation, № 30, adopted as modified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Reynolds and Akin's summary judgment motion, № 27, is partly granted and partly denied as moot. Bell's medical care claims against Reynolds and Akins are dismissed with prejudice. Bell's grievance claim against Reynolds, though, has already been dismissed without prejudice. № 21.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

17 August 2016

---

* The Court directs the Clerk to correct the spelling of Reynolds's and Akins's names.