IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARK ANTHONY BELL                                PLAINTIFF

v.                         No. 2:15-cv-143-DPM

PHIL REYNOLDS, Sheriff, Augusta
County Jail; JODY AKINS, Jail Administration,
Augusta County Jail; and BRANDON BROWN,
Jail Officer, Augusta County Jail                    DEFENDANTS

## JUDGMENT

Bell's medical care claims against Phil Reynolds and Jody Akins are dismissed with prejudice. Bell's grievance claim against Reynolds, and all of Bell's claims against Brandon Brown, are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2016